PROB 22
(Rev. 04/24)

| | DOCKET NUMBER *(Tran. Court)* |
| | 0971 4:10CR00681-001 AMO |

# TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Rec. Court)* |
| | 2:25-cr-00045-JCM-NJK-1 |

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

Tyrone L. Humphrey

Las Vegas, NV

X FILED        RECEIVED
ENTERED        SERVED ON

3/5/2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY:                    MAM DEPUTY

| DISTRICT | DIVISION |
|---|---|
| Northern District of California | Oakland |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Claudia Wilken, U. S. District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/18/20 | TO 08/17/25 |

OFFENSE

18 U.S.C. § 1951(a)   Conspiracy to Interfere with Commerce by Robbery and Extortion
18 U.S.C. §§ 2113(a), (d) & 2   Armed Bank Robbery and Aiding and Abetting
18 U.S.C. §§ 2113(e) & 2   Forced Accompaniment and Aiding and Abetting

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Humphrey has committed new law violations in the District of Nevada. He lives there and states he wants to continue living in their district, District of Nevada has agreed to accept TOJ.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____Northern____ DISTRICT OF ____California____

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District of Nevada_____ upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| March 4, 2025 | *signature* |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____Nevada____

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| March 12, 2025 | *signature* |
|---|---|
| Effective Date | United States District Judge |

Prepared by: JB

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Tyrone Lavar Humphrey

Case No.: To Be Determine

<u>**REQUESTING ACCEPTANCE OF JURISDICTION**</u>

March 5, 2025

TO:    The Honorable United States District Judge

The purposed of this correspondence is to request the acceptance of Transfer of Jurisdiction in the above-name case.                    On May 4, 2011, Tyrone Lavar Humphrey was sentenced by the Honorable U.S. District Judge Claudia Wilken, in the Northern District of California, to 140 months custody, followed by five (5) years of supervised release, for committing the offense Conspiracy to Interfere with Commerce by Robbery and Extortion, Armed Bank Robbery and Aiding and Abetting, and Forced Accompaniment and Aiding and Abetting.

Mr. Humphrey commenced supervision on August 18, 2020, in the District of Nevada. Mr. Humphrey has familial ties within the District of Nevada and intends to remain in the supervising district for the duration of his case. Of note, he recently absconded from supervision and committed new law violations in our district. He is currently pending revocation  for violations of supervision.

To address this manner locally, we are requesting the jurisdiction of his case be accepted in the District of Nevada. The Honorable Judge Claudia Wilken has agreed to relinquish jurisdiction as evident by her signature on the attached Transfer of Jurisdiction (Prob 22) form. Should the Court agree with this request, please sign the attached Prob 22.

Respectfully submitted,

Digitally signed by Javier
Muruato-Cortez
Date: 2025.03.05 13:29:04
-08'00'

Javier Muruato
United States Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2025.03.05 09:00:45 -08'00'

Joy Gabonia
Supervisory United States Probation Officer